

| | BENEDICT P. MORELLI | STEVEN C. NOVEMBER | OF COUNSEL |
| --- | --- | --- | --- |
| 950 THIRD AVENUE | | THOMAS P. O'MALLEY | TAI & SOBILOFF PC |
| NEW YORK NY 10022 | DAVID S. RATNER | STEVEN M. GERSHOWITZ | DAVID L. SOBILOFF |
| 212.751.9800 OF. | | VICTORIA J. MANIATIS | ALLAN Y. TAI |
| 212.751.0046 FX. | | NICOLE V. GURKIN | |
| 877.751.9800 TF. | ARTHUR L. SALMON | MARK A. MARINO | OF COUNSEL |
| WWW.MORELLILAW.COM | MARTHA M. MCBRAYER | SARAH BERNETT | RORY I. LANCMAN |
| | JENNIE L. SHATYNSKI | SCOTT J. KREPPEIN | |
| | | SARAH J. GREENBERG | |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/08

July 21, 2008

**Via Regular Mail**
The Honorable P. Kevin Castel
United States District Court
500 Pearl Street
Courtroom 12C
New York, New York 10007

*[Handwritten: Conference adjourned from October 10 to December 19, 2008 at 10:00 a.m.]*

# MEMO ENDORSED

Jackson, et al. v. Smithkline Beecham 08cv06354 – (Avandia Products Liability)

*[Handwritten: SO ORDERED /s/ PKC USDJ 7-23-08]*

Dear Judge Castel:

As Your Honor may already know, the United States Judicial Panel on Multi-District Litigation ruled on October 16, 2007 that all Avandia cases filed in federal court would be consolidated and transferred to the Eastern District of Pennsylvania, to the Honorable Cynthia M. Rufe who has been assigned the Avandia MDL. We expect that this case before Your Honor will be transferred in the near future as a "Tag-Along" action to the MDL. For your convenience, we enclose a copy of the JPML's initial transfer order. Accordingly, we respectfully request that the pre-trial conference set before Your Honor for October 10, 2008 be adjourned pending the anticipated transfer.

We appreciate your assistance in this regard. Please do not hesitate to call me at (202) 751-9800 ext. 7208 if you have any questions or comments.

Respectfully Submitted,
Morelli Ratner PC
Counsel for the Plaintiff

By: Victoria J. Maniatis

enc: JPML Transfer Order

cc: Nina Gussack – Pepper Hamilton LLP, Counsel for Defendant

VJM/as